**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00641-CV
_____

**PENTAIR VALVES & CONTROLS US LP, F/K/A TYCO VALVES & CONTROLS, LP, Appellant**

**V.**

**JOHN F. JONES, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-67835**

---

## ORDER

The reporter's record in this case was due **August 21, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gail Rolen**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM